UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
JUN 27 2024
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 6:24-CR-45-REW
21 U.S.C. § 841(a)(1)

GARY RICKY RALEIGH

* * * * *

**THE GRAND JURY CHARGES:**

On or about February 29, 2024, in Pulaski County, in the Eastern District of Kentucky,

**GARY RICKY RALEIGH**

did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL

███████████
FOREPERSON

_____
CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

## PENALTIES

Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**PLUS:**   Mandatory special assessment of $100.

**PLUS:**   Restitution, if applicable.